UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In The Matter Of:  In Bankruptcy:

JAMES KAMINSKI  Case No. 09-48443-TJT
MICHELLE M. KAMINSKI  Chapter 7
 Hon. THOMAS J. TUCKER
        Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $18.00 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| PRA Receivables Management, LLC<br>As Agent of Portfolio Recovery<br>PO Box 12914<br>Norfolk, VA 23541 | 6 | $2.34 |
| Chase Bank USA, NA<br>PO Box 15145<br>Wilimington, DE 19850-5145 | 8 | $4.47 |
| Chase Bank USA, NA<br>PO Box 15145<br>Wilimington, DE 19850-5145 | 9 | $4.05 |
| Chase Bank USA, NA<br>PO Box 15145<br>Wilimington, DE 19850-5145 | 11 | $4.47 |
| Worlds Foremost Bank<br>PO Box 82609<br>Lincoln, NE 68501-2609 | 12 | $2.67 |

        **Total: $18.00**

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
Dated: 06/10/2011    [P47413]