UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**In The Matter Of:**  **In Bankruptcy:**

JAMES KAMINSKI  Case No. 09-48443-TJT
MICHELLE M. KAMINSKI  Chapter 7
  Hon. THOMAS J. TUCKER

  Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $267.77 represents unclaimed dividends in this Estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| JPMorgan Chase Bank NA<br>3415 Vision Drive<br>Columbus, OH 43239 | 7 | $267.77 |

  **Total: $267.77**

  Respectfully Submitted,

  /s/ Gene R. Kohut
  21 Kercheval Avenue, Suite 285
  Grosse Pointe Farms, MI 48236
  Phone: (313) 886-9765
  E-mail: ecftrustee@gktrustee.com
Dated: 09/12/2011  [P47413]